**Valentin MORALES, Petitioner,**

v.

**Michael B. MUKASEY, Attorney General, Respondent.**

No. 06–71304.

United States Court of Appeals, Ninth Circuit.

Filed June 30, 2008.

Manuel F. Rios, III, Esq., Miguel Bocanegra, Esq., Seattle, WA, for Petitioner.

Ronald E. LeFevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, WWS–District Counsel, Immigration and Naturalization Service, Office of the District Counsel, Seattle, WA, Thomas Fatouros, DOJ–U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: REINHARDT, W. FLETCHER, and CLIFTON, Circuit Judges.

ORDER

Valentin Morales, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration judge's decision denying his request for a continuance based on ineffective assistance of counsel.

Morales has submitted evidence that his 1997 conviction for possession of cocaine was vacated on April 29, 2008 in Benton County, Washington Superior Court. Morales therefore appears eligible for relief under *Lujan–Armendariz v. INS,* 222 F.3d 728 (9th Cir.2000). Moreover, the

administrative record indicates that Morales may be eligible to adjust his status to that of lawful permanent resident through his U.S. citizen wife.

We grant petitioner's unopposed motion to refer this case to the Circuit Mediator's Office for mediation. In the event that mediation fails, this panel will retain jurisdiction over the petition for review.